UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN C. PHILLIPS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIRAMED REVENUE GROUP, LLC, <br><br> Defendant. | Case No. 1:21-cv-02614 |

## STIPULATION OF DISMISSAL

**NOW COMES** the Plaintiff, STEPHEN C. PHILLIPS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his individual claims against Defendant, MIRAMED REVENUE GROUP, LLC, with prejudice. Pursuant to Fed. R. Civ. P. 23(e), the class claims are dismissed without prejudice. Each party to bear their own attorney's fees and cost.

Dated: October 13, 2021                                             Respectfully submitted,

**STEPHEN C. PHILLIPS**
*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Victor T. Metroff, Esq.
Counsel for Plaintiff
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
(630) 575-8188 (fax)
mbadwan@sulaimanlaw.com
vmetroff@sulaimanlaw.com

**MIRAMED REVENUE GROUP, LLC**
*/s/ Nabil G. Foster*
Nabil G. Foster
BARRON & NEWBURGER, PC
53 W. Jackson Blvd. Suite 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2021, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system.

                                      */s/ Mohammed O. Badwan*
                                      Mohammed O. Badwan, Esq.
                                      .