# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Stephen C. Phillips

                    Plaintiff,

v.                                         Case No.: 1:21−cv−02614

                                                      Honorable Joan B. Gottschall

Miramed Revenue Group, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation of dismissal (No. [13]), plaintiff's individual claims are dismissed with prejudice, and the claims of the proposed class are dismissed without prejudice. The parties have agreed to bear their own costs. Civil action terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.